Basil Kapas, Appellant, v. Mattie Anderson and Corrine Pollard, Appellees.

Gen. No. 47,087. 

First District, Second Division.
November 26, 1957.
Released for publication January 14, 1958.

 Samuel Nineberg, for appellant; Bentley and Moore (Lemuel E. Bentley, of counsel) for appellees. Opinion by JUSTICE FEINBERG. **Not to be published in full.**